UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MARKUS SLEUWEN GUERRERO and )<br>ONLINE EDUCATION SYSTEMS, LLC, )<br>)<br>Defendants. ) | FILED: MAY 12, 2008<br>No. 08CV2752        TG<br>JUDGE CASTILLO<br>MAGISTRATE JUDGE ASHMAN |

**NOTIFICATION OF AFFILIATES – DISCLOSURE STATEMENT**

Pursuant to Local Rule 3.2, Plaintiff, Encyclopaedia Britannica, Inc., states that it has no parent corporations and no public company that owns 10% or more of its stock.


Dated: May 12, 2008          LOEB & LOEB LLP


                    By:   /s/ Douglas N. Masters
                          Douglas N. Masters
                          321 North Clark Street, Suite 2300
                          Chicago, Illinois 60610
                          Telephone: (312) 464-3100
                          Fax: (312) 464-3111

                          Attorneys for *Encyclopaedia Britannica, Inc.*

NY719576.1
211625-10001