UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC.,        ) <br> ) <br> Plaintiff,        ) <br> ) <br> v.        ) <br> ) <br> MARKUS SLEUWEN GUERRERO and        ) <br> ONLINE EDUCATION SYSTEMS, LLC,        ) <br> ) <br> Defendants.        ) | FILED: MAY 12, 2008 <br> No. 08CV2752       TG <br> JUDGE CASTILLO <br> MAGISTRATE JUDGE ASHMAN |

### NOTICE OF CLAIMS INVOLVING TRADEMARKS

In accordance with LR 3.4, Plaintiff provides the following notice of the information required by 15 U.S.C. §1116(c):

**Names And Addresses Of The Litigants:**

Plaintiff:     Encyclopaedia Britannica, Inc.
              331 North LaSalle Street
              Chicago, Illinois 60610

Defendants:   Markus Sleuwen Guerrero
              Online Education Systems, LLC
              1511 Franklin Avenue
              River Forest, Illinois 60305

              Online Education Systems, LLC
              1511 Franklin Avenue
              River Forest, Illinois 60305

**Registrations Upon Which The Action Has Been Brought:**

Registration Nos.:    825,337

1,309,991

1,506,869

1,918,562

2,287,468

2,550,643

Dated: May 12, 2008                LOEB & LOEB LLP

By:    /s/ Douglas N. Masters
Douglas N. Masters
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Fax: (312) 464-3111

Attorneys for *Encyclopaedia Britannica, Inc.*