**UNITED STATES DISTRICT COURT**
FOR THE Northern District of Illinois – **CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Encyclopaedia Britannica, Inc.
                                         Plaintiff,

v.                                                      Case No.: 1:08−cv−02752
                                                      Honorable Ruben Castillo

Markus Sleuwen Guerrero, et al.
                                         Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, May 30, 2008:

      MINUTE entry before the Honorable Ruben Castillo:Parties to file a joint status report on or before 7/11/2008. Status hearing set for 7/16/2008 at 10:00 AM. The Court's review of the complaint indicates that it is appropriate to give this case expedited treatment. The parties are authorized to proceed with discovery. All discovery to be completed on or before 9/30/2008. This case is subject to be called for trial anytime after 9/30/2008 upon a five business days notice. A final pretrial order will be waived. Plaintiff is requested to serve the complaint in a manner to adhere to this expedited schedule. Plaintiff is also ordered to make a disclosure pursuant to Fed.R.Civ.P. 26(a)(1) to defendants by 6/30/2008. The parties are ordered to fully exhaust all settlement possibilities prior to the first status hearing.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.