## **CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that he served a copy of the attached **Appearance on behalf of Defendants, Markus Sleuwen Guerrero and Online Education Systems, LLC** upon the parties via electronic means pursuant to Electronic Case Filing (ECF) procedures, on the **6th** day of **June, 2008.**

　　　　　　　　　　　　　　　　　　　　s/ Eric A. Oesterle

Eric A. Oesterle (ARDC #2092433)
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street
Suite 3600
Chicago, Illinois 60601
(312) 263-3700