IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ENCYCLOPEDIA BRITANNICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:08-cv-02752 |
| | ) | |
| MARKUS SLEUWEN GUERRERO and | ) | Judge Ruben Castillo |
| ONLINE EDUCATION SYSTEMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT ONLINE EDUCATION SYSTEMS, LLC's
CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 3.2, defendant Online Education Systems, LLC ("OES") states as follows:

The members of OES are: (1) Global Counsel, LLC, an Illinois limited liability company; and (2) ISP Investments Limited, a British Virgin Islands international business company.

The sole member of Global Counsel, LLC is Markus Sleuwen Guerrero, a defendant in this matter. OES is informed and believes that the sole owner of ISP Investments Limited is Desarollo Tecnologico Interactivo SL, a Spanish company.

Dated: June 6, 2008

                          MILLER SHAKMAN & BEEM LLP

                          By:    s/ Eric A. Oesterle
                                 Attorneys for Defendants
                                 **MARKUS SLEUWEN GUERRERO AND
                                 ONLINE EDUCATION SYSTEMS, LLC**

Eric A. Oesterle
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700
(312) 263-3270

## CERTIFICATE OF SERVICE

The undersigned attorney, upon oath, hereby certifies that he served a copy of the attached **Defendant Online Education Systems, LLC's Corporate Disclosure Statement** upon the parties via electronic means pursuant to Electronic Case Filing (ECF) procedures, on the 6th day of **June, 2008.**

                                        s/ Eric A. Oesterle

Eric A. Oesterle (ARDC #2092433)
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street
Suite 3600
Chicago, Illinois 60601
(312) 263-3700