# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., )<br><br>Plaintiff, )<br>)<br>v. )<br>)<br>MARKUS SLEUWEN GUERRERO and )<br>ONLINE EDUCATION SYSTEMS, LLC, )<br>)<br>Defendants. ) | No. 08-CV-2752<br>Hon. Rueben Castillo<br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, July 16, 2008 at 9:45 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rueben Castillo, in the courtroom usually occupied by him, Room 2141, at 219 South Dearborn Street, Chicago, Illinois, and present the **AGREED MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL,** a copy of which is hereby served upon you.

Dated: July 11, 2008

Respectfully Submitted,
ENCYCLOPAEDIA BRITANNICA, INC.

By: /s/ Douglas N. Masters
(one of its attorneys)

Douglas N. Masters
Blair R. Zanzig
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Fax: (312) 464-3111

*Counsel for Encyclopaedia Britannica, Inc.*