UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARKUS SLEUWEN GUERRERO and )<br>ONLINE EDUCATION SYSTEMS, LLC, )<br>)<br>Defendants. ) | No. 08-CV-2752<br>Hon. Rueben Castillo<br>Magistrate Judge Martin C. Ashman |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Wednesday, July 16, 2008 at 9:45 AM, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Rueben Castillo, in the courtroom usually occupied by him, Room 2141, at 219 South Dearborn Street, Chicago, Illinois, and present **PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT,** copies of which are have been served upon you, and filed with the Court Clerk in paper form pending Plaintiff's Motion for Leave to File Under Seal.

Dated: July 11, 2008            Respectfully Submitted,
                                ENCYCLOPAEDIA BRITANNICA, INC.

                                By:  /s/ Blair R. Zanzig
                                        (one of its attorneys)

                                Douglas N. Masters
                                Blair R. Zanzig
                                LOEB & LOEB LLP
                                321 North Clark Street, Suite 2300
                                Chicago, Illinois 60610
                                Telephone:  (312) 464-3100
                                Fax: (312) 464-3111

                                *Counsel for Encyclopaedia Britannica, Inc.*