## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2752 | **DATE** | 7/16/2008 |
| **CASE TITLE** | Encyclopaedia Britannica vs. Guerrero, et al. | | |

**DOCKET ENTRY TEXT**

Status hearing held on 7/16/2008.  Plaintiff's agreed motion for leave to file documents under seal [17] is granted.  Defendants' response to Plaintiff's motion for partial summary judgment is due on or before 7/31/2008.   Plaintiff's reply will be due on or before 8/15/2008.  The Court will rule by mail.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|