UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:08-cv-02752 |
| | ) | |
| MARKUS SLEUWEN GUERRERO and | ) | Honorable Rueben Castillo |
| ONLINE EDUCATION SYSTEMS, LLC, | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on *August 5, 2008* at *9:45 a.m.*, we shall appear before the Honorable Rueben Castillo in Courtroom 2141 of the Daley Center, Chicago, Illinois, and then and there to present Defendant Online Education Services' *Agreed Motion For Leave To File Documents Under Seal*, a copy of which is attached hereto and served upon you herewith.

Dated: July 31, 2008                              **MILLER SHAKMAN & BEEM LLP**

                                        By:   /s/ Eric A. Oesterle
                                              Attorneys for defendants Markus Sleuwen
                                              Guerrero and Online Education Systems, LLC

Eric A. Oesterle
MILLER SHAKMAN & BEEM LLP (#90236)
180 North LaSalle Street, Suite 3600
Chicago, IL 60601
(312) 263-3700
(312) 263-3270 (fax)
Firm Id. No. 90236