UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No.: 1:08-cv-02752 |
| | ) | |
| MARKUS SLEUWEN GUERRERO and | ) | Honorable Rueben Castillo |
| ONLINE EDUCATION SYSTEMS, LLC, | ) | Magistrate Judge Martin C. Ashman |
| | ) | |
| Defendants. | ) | |

**RESTRICTED DOCUMENT**

**DECLARATION OF MARKUS SLEUWEN GUERRERO
IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO
PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION**

This Document is filed as restricted pursuant to the Agreed Motion to File Documents Under Seal, filed herewith.

Dated: July 31, 2008               **MILLER SHAKMAN & BEEM LLP**

                              By: /s/ Eric A. Oesterle
                                  Attorneys for defendants Markus Sleuwen
                                  Guerrero and Online Education Systems, LLC

Eric A. Oesterle
Miller Shakman & Beem LLP
180 North LaSalle Street, Suite 3600
Chicago, IL  60601
(312) 263-3700
Firm No. 90236

**CERTIFICATE OF SERVICE**

The undersigned attorney, upon oath, hereby certifies that he served a copy of the sealed **DECLARATION OF MARKUS SLEUWEN GUERRERO IN SUPPORT OF DEFENDANT'S MEMORANDUM IN OPPOSITION TO PLAINTIFF'S PARTIAL SUMMARY JUDGMENT MOTION** upon the parties by e-mail on the 31st day of July, 2008**.**

                                        s/ Eric A. Oesterle

Eric A. Oesterle (ARDC #2092433)
MILLER SHAKMAN & BEEM LLP
180 North LaSalle Street
Suite 3600
Chicago, Illinois  60601
(312) 263-3700