**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ENCYCLOPAEDIA BRITANNICA, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 08-CV-2752 |
| v. | ) | Hon. Rueben Castillo |
| | ) | Magistrate Judge Martin C. Ashman |
| MARKUS SLEUWEN GUERRERO and | ) | |
| ONLINE EDUCATION SYSTEMS, LLC, | ) | |
| | ) | |
| Defendants. | ) | |

## <u>NOTICE OF MOTION</u>

**PLEASE TAKE NOTICE** that on August 26, 2008 at 9:45 a.m., or as soon

thereafter as counsel may be heard, we shall appear before the Honorable Rueben

Castillo, in the courtroom usually occupied by her, Room 214, at 219 South Dearborn

Street, Chicago, Illinois, and present the attached **MOTION FOR LEAVE TO FILE**

**UNDER SEAL,** copies of which are attached, and hereby served upon you.

Dated: August 15, 2008

Respectfully Submitted,
ENCYCLOPAEDIA BRITANNICA, INC.

By: /s/ Blair R. Zanzig
(one of its attorneys)

Douglas N. Masters
Blair R. Zanzig
LOEB & LOEB LLP
321 North Clark Street, Suite 2300
Chicago, Illinois 60610
Telephone: (312) 464-3100
Fax: (312) 464-3111

*Counsel for Encyclopaedia Britannica, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of August 2008, a copy of Plaintiff's Motion to File Documents Under Seal and Notice of Motion were filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Eric Osterle, Esq.
MILLER SHAKMAN AND BEEM LLP
180 N. LaSalle Street, Suite 3600
Chicago, Illinois  60601

*Counsel for Defendants*

/s/ Blair R. Zanzig

2

CH45081.1